**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Moses** | **Jackson** | **Shepherd** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Michigan** | |
| Case number (if known) | 24-41366 | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | $430,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................... | $183,810.85 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................... | $613,810.85 |

## Part 2: Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $1,080,337.47 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $997,665.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + $11,034,754.87 |
| **Your total liabilities** | $13,112,757.34 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................... | $4,166.66 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*...................................................................... | $4,841.00 |

Official Form 106Sum                 Summary of Your Assets and Liabilities and Certain Statistical Information                 page 1 of 2

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total.** Add lines 9a through 9f. | _____ |

| Debtor 1 | **Moses** | **Jackson** | **Shepherd** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

Case number **24-41366**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1** **3320 Spinnaker Unit 8c**
Street address, if available, or other description

**Detroit, MI 48207**
City          State     ZIP Code

**Wayne**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$130,000.00**

Current value of the portion you own? **$130,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2** **7127 Yarmouth**
Street address, if available, or other description

**West Bloomfield, MI 48322**
City          State     ZIP Code

**Oakland**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$600,000.00**

Current value of the portion you own? **$300,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entireties**

☐ Check if this is community property (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ...................................................................... ➔   | $430,000.00 |

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make:        **Rolls-Royce**          Who has an interest in the property? Check one.

Model:       **Dawn**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Year:        **2019**

Approximate mileage:  ————

Other information:

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $173,169.00 | $173,169.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1   Make:        ————          Who has an interest in the property? Check one.

Model:       ————

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year:        ————

Other information:

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| ———— | ———— |

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ...................................................................... ➔   | $173,169.00 |

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........    | Furniture and furnishings located in residence |        $4,000.00

Official Form 106A/B                          **Schedule A/B: Property**                               page **2**

7.  **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........

| Televisions (2), computer, cell phone | $600.00 |

8.  **Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe. .........

10.  **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe. .........

| Glock 9 mm, Smith & Wesson 9 mm | $400.00 |

11.  **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe. .........

| Debtor's clothing | $2,000.00 |

12.  **Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe. .........

| Cartier watch, wedding ring, bracelet | $2,500.00 |

13.  **Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☑ No
☐ Yes. Describe. .........

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. .............

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
     for Part 3. Write that number here** ..............................................................................................  ➡   | $9,500.00 |

| **Part 4:** | Describe Your Financial Assets |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16.  **Cash**

     *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

     ☐ No
     ☑ Yes ...........................................................................................................  Cash: ...................  | $200.00 |

17.  **Deposits of money**

     *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses,
     and other similar institutions. If you have multiple accounts with the same institution, list each.

     ☐ No
     ☑ Yes ...................          Institution name:

     17.1. Checking account:          **Huntington Bank
                                       Account Number: 7762**           | $940.31 |

     17.2. Checking account:          **Huntington Bank
                                       Account Number: 7459**           | $1.54 |

     17.3. Other financial account:   **Apple Pay account**             | $0.00 |

     17.4. Other financial account:   **Cash App**                      | $0.00 |

     17.5. Other financial account:   **Greenlight debit card used exclusively to provide support
                                       payments to Debtor's daughters.**  | unknown |

     17.6. Other financial account:   **Paypal**                        | $0.00 |

18.  **Bonds, mutual funds, or publicly traded stocks**

     *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

     ☑ No
     ☐ Yes ...................          Institution or issuer name:

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 6 of 56

| 19. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture** |
|---|---|

☐ No

☑ Yes. Give specific
   information about
   them....................     Name of entity:                                    % of ownership:

| | | |
|---|---|---|
| **100% interest in Ace Investment Goup 2, LLC. Entity sold property it owned at 4414 and 4434 Trumbull in Detroit, MI on 6/30/22. Entity has no remaining assets, but substantial tax and other liabilities. Entity is in existence and in good standing with the State of Michigan.** | 100.00% | |
| | | $0.00 |
| **50% membership interest in Shepherd Financial Group, LLC. Upon information and belief, entity has no assets and no liabilities. Entity is in existence but not in good standing since 2/16/10 according to the State of Michigan.** | 100.00% | |
| | | $0.00 |
| **757 Covington, LLC. Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but has not been in good standing since 2/15/17** | 100.00% | |
| | | $0.00 |
| **Ace Investment Group, LLC - Entity owns rental properties located at 20200 Woodbine in Detroit and 20136 Ardmore in Detroit. Properties are each encumbered by mortgages and upon information and belief, there is no equity in either property. Rents receive service the secured debt on each property. Company is in existence but has not been in good standing with State of Michigan since 3/1/23** | 100.00% | |
| | | $0.00 |
| **Ace Petroleum Group, LLC. Entity was formed but never operated. Entity is in existence but has not been in good standing since 2/16/21** | 100.00% | |
| | | $0.00 |
| **Ace Petroleum, Inc. - Entity has a fuel supply contract with the City of Detroit, but nets nominal taxable income at end of each year. 2022 income was $53,268.** | 100.00% | |
| | | $0.00 |
| **Ace Restoration Services, Inc. d/b/a ServicePro of Redford - Entity is a property restoration business that owns some used equipment and vehicles and has no liabilities. Entity nets very little taxable income ($4,041 in 2022) and is in good standing with the State of Michigan.** | 100.00% | |
| | | $0.00 |
| **AMS Restoration, LLC. Entity was formed but never operated. Entity has no assets and no liabilities, but is in good standing with the State of Michigan.** | 10.00% | |
| | | $0.00 |
| **Apex Distribution, LLC. Entity is the obligor on a line of credit, but has never owned any assets, nor ever conducted any active business. Company is in existence, but has not been in good standing since 2/19/13** | 100.00% | |
| | | $0.00 |
| **Braile St. Holdings, Inc. Entity was formed to acquire property but never purchased property or otherwise operated. Entity has no assets and no liabilities** | 100.00% | |
| | | $0.00 |
| **Braile St. Holdings, LLC. Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but has not been in good standing since 2/16/21** | 100.00% | |
| | | $0.00 |
| **Burt Rd. Holdings, Inc. Entity was formed to acquire property but never purchased property or otherwise operated. Entity is current with the State.** | 100.00% | |
| | | $0.00 |
| **Burt Rd. Holdings, LLC. Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but has not been in good standing since 3/1/19** | 100.00% | |
| | | $0.00 |
| **Chi Five Holdings, LLC - Entity has no remaining assets following appointment of receiver in 9/22 and bank sale of property located at 2237 W. Chicago in Detroit. Company is in existence but has not been in good standing with State of Michigan since 2/16/21** | 100.00% | |
| | | $0.00 |

| | | |
|---|---|---|
| Chi Four Holdings, LLC. Entity was formed to acquire property but never purchased property nor conducted any business. Entity currently has no assets and no liability. Entity is in existence but has not been in good standing since 3/1/23 | 100.00% | $0.00 |
| Chi One Holdings, LLC - Entity previously owned commercial real property which was destroyed by a fire. Entity currently has no assets and potential deficiency liability. Entity is in existence but has not been in good standing since 3/1/23 | 100.00% | $0.00 |
| Chi Three Holdings, LLC. Entity previously owned commercial property which was surrendered to secured creditor. Entity is in existence but has not been in good standing since 3/1/23 | 100.00% | $0.00 |
| Chi Two Holdings, LLC. Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but has not been in good standing since 3/1/23 | 100.00% | $0.00 |
| Chicago Three Holdings, LLC. Entity was formed to acquire property but never purchased property nor conducted any business. Entity currently has no assets and no liability. Entity is in existence but has not been in good standing since 2/16/21 | 100.00% | $0.00 |
| Greenfield Rd. Holdings, LLC. Entity previously owned commercial real property which was surrendered to secured creditor. Entity currently has no assets and potential deficiency liability. Entity is in existence but has not been in good standing since 3/1/19 | 100.00% | $0.00 |
| Jackson Ace, LLC - Sole property owned by entity is a commercial building located at 18263 W. McNichols in Detroit, MI. Upon information and belief, FMV of property is $100,000 and property is encumbered by a mortgage to Liberty Bank in the principal amount of $175,000 | 100.00% | $0.00 |
| MJS Financial Group 2, LLC - Entity is the sole owner of: SRG North, LLC; SRG South, LLC and SRG Premier, LLC. SRG entities are the owner of apartment buildings located at 19243 and 19233 Lahser Road in Detroit (SRG North), 18400 and 18350 Lahser Road in Detroit (SRG South) and 18300 Lahser Road in Detroit (SRG premier) which are believed to have a current value of $4,855,765, but are subject to a mortgage in favor of Huntington National Bank in the amount of ~$5,212,500. Huntington has filed suit and obtained the appointment of a receiver to sell the properties. Entity also previously owned SRG Greenfield, which owned commercial property located at 14811 Greenfield Road in Detroit; SRG Lahser, which owned commercial property located at 12830-12870 Lahser Road in Detroit, and SRG Telegraph, which owned commercial property at 16840 Telegraph Road. All these properties were surrendered to the secured lender of the properties. | 100.00% | $0.00 |
| MJS Financial Group, LLC. Entity was created as a holding company for other entities that held property several years ago, but has no property at the present time. | 100.00% | $0.00 |
| Mound Rd. Holdings, Inc. Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but has not been in good standing since 10/21/14 | 100.00% | $0.00 |
| Mound Rd. Holdings, LLC. Entity previously owned commercial real property which was sold in 7/2022. Entity currently has no assets and no liability. Entity is in existence and in good standing. | 100.00% | unknown |

| | | |
|---|---|---|
| **Parkview Estates, LLC.** Entity previously owned commercial real property which was sold in 2011. Entity currently has no assets and no liability. Entity is in existence but has not been in good standing since 2/19/13 | 100.00% | $0.00 |
| **REO Management Group, LLC.** Entity was formed to acquire/manage foreclosure properties but never purchased property or otherwise operated. Entity is in existence and in good standing. | 100.00% | $0.00 |
| **Schoolcraft Rd. Holdings, LLC.** Entity previously owned commercial real property which was sold in 2016. Entity currently has no assets and no liability. Entity is in existence but has not been in good standing since 3/1/19 | 100.00% | $0.00 |
| **Shepherd Investments, LLC** - Sole property owned by entity ("Palmer Park" building) was recently sold by receiver for amount due on mortgage. Debtor believes a cause of action may exist against Receiver as property had a value substantially in excess of debt. Company is in existence but has not been in good standing with State of Michigan since 3/1/23 | 100.00% | $0.00 |
| **Shepherd Realty Group, LLC.** Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but has not been in good standing since 2/22/07 | 100.00% | $0.00 |
| **Southfield East Holdings, Inc.** Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but believed to be not in good standing. | 100.00% | $0.00 |
| **Southfield East Holdings, LLC.** Entity previously owned commercial real property which was sold in 2015. Entity currently has no assets and no liability. Entity is in existence but has not been in good standing since 3/1/19 | 100.00% | $0.00 |
| **Southfield West Holdings, Inc.** Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but believed to be not in good standing | 100.00% | $0.00 |
| **Southfield West Holdings, LLC.** Entity previously owned commercial real property which was surrendered to secured creditor. Entity currently has no assets and potential deficiency liability. Entity is in existence but has not been in good standing since 2/16/21 | 100.00% | $0.00 |
| **West Chicago Holdings, Inc.** Entity was formed to acquire property but never purchased property or otherwise operated. Entity is in existence but is believed to be not in good standing. | 100.00% | $0.00 |
| **West Chicago Holdings, LLC.** Entity previously owned commercial real property which was sold by Receiver in 2022. Entity currently has no assets and no liability. Entity is in existence and in good standing. | 100.00% | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them....................    Issuer name:

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each    Type of account:    Institution name:
account separately.

     401(k) or similar plan:

     Pension plan:

     IRA:

     Retirement account:

     Keogh:

     Additional account:

     Additional account:

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
others

☑ No

☐ Yes .....................    Institution name or individual:

     Electric:

     Gas:

     Heating oil:

     Security deposit on rental unit:

     Prepaid rent:

     Telephone:

     Water:

     Rented furniture:

     Other:

23.   **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

_____        _____

_____        _____

_____        _____

24.   **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____        _____

_____        _____

_____        _____

25.   **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...

26.   **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...

27.   **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28.   **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................

> Debtor has typically not been entitled to a tax refund the past several years and does not expect to receive any refunds for 2023.
>
> Debtor has typically not been entitled to a tax refund the past several years and does not expect to receive any refunds for 2023.

Federal:                    $0.00

State:                      $0.00

Local:

29. **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........     _____

31. **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Individual Term life insurance policy through Prudential Life. Term amount $1,800,000. No cash surrender value.** | **Spouse** | **$0.00** |
| **Individual Term life insurance policy through Prudential Life. Term amount $2,900,000. No cash surrender value.** | **Spouse** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........     _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............     _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............     _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here** ................................................................................................................. ➡     $1,141.85

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

   Name of entity:                                        % of ownership:

---

43. **Customer lists, mailing lists, or other compilations**

   ☑ No

   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

      ☐ No

      ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

   ☑ No

   ☐ Yes. Give specific
      information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
   **for Part 5. Write that number here** .................................................................................................... ➡

   | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.

   ☐ Yes. Go to line 47.

   **Current value of the portion you own?**
   Do not deduct secured claims or exemptions.

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No

   ☐ Yes .........................

48. **Crops—either growing or harvested**

   ☑ No

   ☐ Yes. Give specific
      information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No

   ☐ Yes .........................

---

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..................................................................................................................➔    | $0.00 |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................➔    | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ...........................................................................................➔    | $430,000.00 |

56. **Part 2: Total vehicles, line 5**            $173,169.00

57. **Part 3: Total personal and household items, line 15**            $9,500.00

58. **Part 4: Total financial assets, line 36**            $1,141.85

59. **Part 5: Total business-related property, line 45**            $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**            $0.00

61. **Part 7: Total other property not listed, line 54**            +            $0.00

62. **Total personal property.** Add lines 56 through 61. ..............    | $183,810.85 |    Copy personal property total ➔    + | $183,810.85 |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................................    | $613,810.85 |

24-41366-lsg   Doc 13   Filed 02/28/24   Entered 02/28/24 14:51:54   Page 16 of 56

Fill in this information to identify your case:

Debtor 1    **Moses**         **Jackson**        **Shepherd**

  First Name      Middle Name       Last Name

Debtor 2
(Spouse, if filing)

  First Name      Middle Name       Last Name

United States Bankruptcy Court for the:    **Eastern District of Michigan**

Case number    **24-41366**
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>3320 Spinnaker Unit 8c Detroit, MI 48207<br><br>Line from *Schedule A/B*: 1.1 | $130,000.00 | ☑ $46,125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mich. Comp. Laws § 600.5451(1)(m) |
| Brief description:<br>7127 Yarmouth West Bloomfield, MI 48322<br><br>Line from *Schedule A/B*: 1.2 | $300,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mich. Comp. Laws § 600.5451(1)(n)(Allocated: $0.00) |

3.  **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Furniture and furnishings located in residence<br><br>Line from *Schedule A/B*:   6 | $4,000.00 | ☑    $4,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Mich. Comp. Laws § 600.5451(1)(c) |
| Brief description:<br>Debtor's clothing<br><br>Line from *Schedule A/B*:   11 | $2,000.00 | ☑    $0.00<br>☐   100% of fair market value, up to any applicable statutory limit | Mich. Comp. Laws § 600.5451(1)(c) |
| Brief description:<br>Cartier watch, wedding ring, bracelet<br><br>Line from *Schedule A/B*:   12 | $2,500.00 | ☑    $625.00<br>☐   100% of fair market value, up to any applicable statutory limit | Mich. Comp. Laws § 600.5451(1)(c) |
| Brief description:<br>Individual Term life insurance policy through Prudential Life. Term amount $1,800,000. No cash surrender value.<br><br>Line from *Schedule A/B*:   31 | $0.00 | ☐<br>☑   100% of fair market value, up to any applicable statutory limit | Mich. Comp. Laws §§ 500.2207, 2209(Allocated: $0.00) |
| Brief description:<br>Individual Term life insurance policy through Prudential Life. Term amount $2,900,000. No cash surrender value.<br><br>Line from *Schedule A/B*:   31 | $0.00 | ☐<br>☑   100% of fair market value, up to any applicable statutory limit | Mich. Comp. Laws §§ 500.2207, 2209(Allocated: $0.00) |

Fill in this information to identify your case:

Debtor 1        **Moses**          **Jackson**         **Shepherd**
                First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name        Last Name

United States Bankruptcy Court for the:        Eastern        District of        Michigan

Case number (if    24-41366
known)

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** Chase
Creditor's Name
PO Box 71244
Number        Street

Philadelphia, PA 19176-6244
City            State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

7127 Yarmouth West Bloomfield, MI 48322

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** _1_ _1_ _8_ _6_

Column A: $291,471.46    Column B: $300,000.00    Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $291,471.46 |
|---|---|

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.2** Huntington National Bank

Creditor's Name

PCL Dept. GW1C01

5555 Cleveland Ave

Number    Street

Columbus, OH 43231-4048

City    State    ZIP Code

**Describe the property that secures the claim:**  $180,190.30  $173,169.00  $7,021.30

2019 Rolls-Royce Dawn

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  0  2  1  9

---

**2.3** Mr. Cooper

Creditor's Name

PO Box 60516

Number    Street

City of Industry, CA 91716-0516

City    State    ZIP Code

**Describe the property that secures the claim:**  $608,675.71  $300,000.00  $308,675.71

7127 Yarmouth West Bloomfield, MI 48322

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  8  6  8  5

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $788,866.01 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,080,337.47 |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1. Huntington National Bank
Name

c/o Scott Mellinger

PO Box 89424-OPC856
Number        Street

Cleveland, OH 44101
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.2

Last 4 digits of account number ___ ___ ___ ___

Name

Number        Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? ___

Last 4 digits of account number ___ ___ ___ ___

Name

Number        Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? ___

Last 4 digits of account number ___ ___ ___ ___

Name

Number        Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? ___

Last 4 digits of account number ___ ___ ___ ___

Name

Number        Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? ___

Last 4 digits of account number ___ ___ ___ ___

Name

Number        Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? ___

Last 4 digits of account number ___ ___ ___ ___

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 21 of 56

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---------|--------------------------------------------------------------------------------|

Name _____

Number          Street _____

_____

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number      ___ ___ ___ ___

| Debtor 1 | **Moses** | **Jackson** | **Shepherd** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Eastern _____ District of _____ Michigan _____

Case number 24-41366
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** Internal Revenue Service | Last 4 digits of account number ___ ___ ___ ___ | $997,665.00 | unknown | $997,665.00 |

Priority Creditor's Name
PO Box 804257

Number        Street

Cincinnati, OH 45280-4527

City            State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____ 2022 _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____ Taxes _____

| Part 1: | Your PRIORITY Unsecured Claims − Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** _____

Priority Creditor's Name

_____

Number        Street

_____

City            State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___          _____    _____    _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**2.3** _____

Priority Creditor's Name

_____

Number        Street

_____

City            State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___          _____    _____    _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page _2_ of _11_

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1** Bank of America

Nonpriority Creditor's Name

PO Box 15796

Number          Street

Wilmington, DE 19886-5796

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   8   2   3   3            $8,976.35

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Personal guarantee of business debt

---

**4.2** Barclays Bank Delaware

Nonpriority Creditor's Name

PO Box 8801

Number          Street

Wilmington, DE 19899

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   4   6   1   8            $23,631.47

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 25 of 56

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.3**  Deutsche Bank Trust Company Americas
Nonpriority Creditor's Name

c/o Andrew McClain Foley & Lardner LLP

321 N. Clark Street Ste. 3000
Number          Street

Chicago, IL 60654-4762
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___          unknown

**When was the debt incurred?**          2015

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guarantee of business debt

---

**4.4**  Federal National Mtg Corp
Nonpriority Creditor's Name

c/o Andrew McClain, Esq.

321 North Clark Street Ste. 3000
Number          Street

Chicago, IL 60654-4762
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___          $2,526,678.67

**When was the debt incurred?**          12/23/20

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guarantee of business debt

---

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 26 of 56

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.5** Federal National Mtg Corp

Nonpriority Creditor's Name

c/o Andrew McClain, Esq.

321 North Clark Street Ste. 3000

Number          Street

Chicago, IL 60654-4762

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___    $2,024,724.17

**When was the debt incurred?**          12/23/20

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guarantee of business debt

**4.6** Federal National Mtg Corp

Nonpriority Creditor's Name

Foley & Lardner, LLP

321 North Clark Street Ste. 3000

Number          Street

Chicago, IL 60654-4762

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___    $1,288,760.53

**When was the debt incurred?**          5/26/20

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guarantee of business debt

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 27 of 56

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

**4.7**   Ford Credit

Nonpriority Creditor's Name

PO Box 552679

Number         Street

Detroit, MI 48255-2679

City         State         ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** co-signor for vehicle finance

Last 4 digits of account number   6   3   8   4        unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.8**   Huntington Bank

Nonpriority Creditor's Name

c/o Marc Bakst Esq.

1901 St. Antoine St. 6th Floor at Ford Field

Number         Street

Detroit, MI 48226

City         State         ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___       $5,000,310.56

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.9**

Huntington National Bank
Nonpriority Creditor's Name

PO Box 182232 GW1W34
Number     Street

Columbus, OH 43218-2232
City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   3   6   1   9     $62,604.04

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.10**

PHH Mortgage
Nonpriority Creditor's Name

PO Box 371458
Number     Street

Pittsburgh, PA 15250-7458
City     State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   1   8   3   1     $52,051.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business line of credit

---

**4.11**

SBA, an Agency of the US Government
Nonpriority Creditor's Name

Office of Disaster Assistance

14925 Kingsport Road
Number     Street

Fort Worth, TX 76155
City     State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Personal guarantee of business debt

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | Total claim |
|---|---|

---

**4.12**

Select Portfolio Servicing, Inc.
Nonpriority Creditor's Name

PO Box 65480

Number                    Street

Salt lake City, UT 94165
City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    7    3    0    5                 $47,017.17

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business line of credit

---

**4.13**

The Findling Law Firm, PC
Nonpriority Creditor's Name

c/ David Findling Esq

415 S. West St.
Number                    Street

Royal Oak, MI 48067
City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___                 unknown

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Professional fees

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1** CBRE Capital Markets, Inc.

Name

  c/o Andrew McClain Esq.

  321 N. Clark St. Suite 3000

Number    Street

  Chicago, IL 60654-4762

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.3 of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**2** KeyBank National Association

Name

  c/o Andrew McClain Esq.

  321 N. Clark St. Suite 3000

Number    Street

  Chicago, IL 60654-4762

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.3 of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ___ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ___ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ___ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ___ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

Name

Number      Street

City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ___ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
    **Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $997,665.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $997,665.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $11,034,754.87 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $11,034,754.87 |

Fill in this information to identify your case:

Debtor 1          **Moses**          **Jackson**          **Shepherd**
                  First Name         Middle Name          Last Name

Debtor 2
(Spouse, if filing)
                  First Name         Middle Name          Last Name

United States Bankruptcy Court for the:          **Eastern District of Michigan**

Case number          24-41366
(if known)

☐ Check if this is an
  amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1  ELGA Credit Union<br>Name<br><br>600 S. Saginaw<br>Number       Street<br><br>Flint, MI 48502<br>City                    State       ZIP Code | Daughter's 2023 Jeep Compass<br>Contract to be ASSUMED |
| 2.2  ELGA Credit Union<br>Name<br><br>600 S. Saginaw<br>Number       Street<br><br>Flint, MI 48502<br>City                    State       ZIP Code | Daughter's 2023 Jeep Cherokee<br>Contract to be ASSUMED |
| 2.3<br>Name<br><br>Number       Street<br><br>City                    State       ZIP Code | |
| 2.4<br>Name<br><br>Number       Street<br><br>City                    State       ZIP Code | |

24-41366-lsg     Doc 13     Filed 02/28/24     Entered 02/28/24 14:51:54     Page 34 of 56

| Debtor 1 | **Moses** | **Jackson** | **Shepherd** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____ Eastern _____ District of _____ Michigan _____

Case number   24-41366
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.    Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2.    Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number            Street

_____
City            State            ZIP Code

3.    **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| | Check all schedules that apply: |

| 3.1   Ace Petroleum, Inc. | |
| Name | ☑ Schedule D, line ___ 2.2 |
| 6689 Orchard lake Road Ste. 110 | ☐ Schedule E/F, line _____ |
| Number                  Street | ☐ Schedule G, line _____ |
| West Bloomfield, MI 48322-3404 | |
| City            State            ZIP Code | |

| 3.2   Apex Distribution Inc LLC | |
| Name | ☐ Schedule D, line _____ |
| 6689 Orchard Lake Road Ste 110 | ☑ Schedule E/F, line ___ 4.1, 4.9 |
| Number                  Street | ☐ Schedule G, line _____ |
| West Bloomfield, MI 48322-3404 | |
| City            State            ZIP Code | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3**

MJS Financial Group, LLC
Name

18263 N. McNichols
Number          Street

Detroit, MI 48219
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____ 4.6
☐ Schedule G, line _____

**3.4**

Southfield West Holdings, LLC
Name

18263 N. McNichols
Number          Street

Detroit, MI 48219
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____ 4.6
☐ Schedule G, line _____

**3.5**

SRG Greenfield, LLC
Name

18263 N. McNichols
Number          Street

Detroit, MI 48219
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____ 4.4
☐ Schedule G, line _____

**3.6**

SRG North, LLC
Name

18263 N. McNichols
Number          Street

Detroit, MI 48219
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____ 4.8
☐ Schedule G, line _____

**3.7**

SRG Premier, LLC
Name

18263 N. McNichols
Number          Street

Detroit, MI 48219
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____ 4.8
☐ Schedule G, line _____

**3.8**

SRG South, LLC
Name

18263 N. McNichols
Number          Street

Detroit, MI 48219
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____ 4.8
☐ Schedule G, line _____

| | | | |
|---|---|---|---|
| Debtor 1 | **Moses** | **Jackson** | **Shepherd** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Michigan** | |
| Case number (if known) | **24-41366** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed ☐ Not Employed | ☐ Employed ☑ Not Employed |
| | Occupation | Principal | |
| | Employer's name | Ace Petroleum, Inc. | |
| | Employer's address | 18263 W. McNichols | |
| | | Number Street | Number Street |
| | | | |
| | | | |
| | | Detroit, MI 48219 | |
| | | City State Zip Code | City State Zip Code |
| | How long employed there? | _____ | _____ |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $4,166.66 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | + $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $4,166.66 | $0.00 |

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Copy line 4 here.............................................................→ | 4. | $4,166.66 | $0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. | **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. | **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $4,166.66 | $0.00 |

8. List all other income regularly received:

    8a. **Net income from rental property and from operating a business, profession, or farm**

        Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | 8a. | $0.00 | $0.00 |
| 8b. | **Interest and dividends** | 8b. | $0.00 | $0.00 |

    8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

        Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | 8c. | $0.00 | $0.00 |
| 8d. | **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. | **Social Security** | 8e. | $0.00 | $0.00 |

    8f. **Other government assistance that you regularly receive**

        Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $4,166.66 + | $0.00 = $4,166.66 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

| | | |
|---|---|---|
| Specify: _____ | 11. + | $0.00 |

| | | |
|---|---|---|
| 12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12. | $4,166.66 |

                                                                                                          **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

**Debtor 1**    **Moses**        **Jackson**        **Shepherd**
                First Name       Middle Name        Last Name

**Debtor 2**
(Spouse, if filing)
                First Name       Middle Name        Last Name

United States Bankruptcy Court for the:        **Eastern District of Michigan**

Case number        **24-41366**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 19 | ☐ No. ☑ Yes. |
| Child | 17 | ☐ No. ☑ Yes. |
| Child | 17 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $0.00 |
| **If not included in line 4:** | |
| 4a. Real estate taxes | 4a. $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $50.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $100.00 |
| 4d. Homeowner's association or condominium dues | 4d. $750.00 |

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 39 of 56

|  | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans    5. | $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas    6a. | $75.00 |
| | 6b. Water, sewer, garbage collection    6b. | $0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. | $100.00 |
| | 6d. Other. Specify: _____    6d. | $0.00 |
| 7. | **Food and housekeeping supplies**    7. | $575.00 |
| 8. | **Childcare and children's education costs**    8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning**    9. | $150.00 |
| 10. | **Personal care products and services**    10. | $100.00 |
| 11. | **Medical and dental expenses**    11. | $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. | $100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. | $100.00 |
| 14. | **Charitable contributions and religious donations**    14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance    15a. | $600.00 |
| | 15b. Health insurance    15b. | $0.00 |
| | 15c. Vehicle insurance    15c. | $0.00 |
| | 15d. Other insurance. Specify: _____    15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____    16. | $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1    17a. | $603.00 |
| | 17b. Car payments for Vehicle 2    17b. | $438.00 |
| | 17c. Other. Specify: _____    17c. | $0.00 |
| | 17d. Other. Specify: _____    17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. | $1,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____    19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a. Mortgages on other property    20a. | $0.00 |
| | 20b. Real estate taxes    20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance    20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses    20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues    20e. | $0.00 |

21. **Other.** Specify: _____    21.   **+** _____ $0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.   _____ $4,841.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   _____ $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   _____ $4,841.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.   _____ $4,166.66

    23b. Copy your monthly expenses from line 22c above.    23b.   **−** _____ $4,841.00

    23c. Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*    23c.   _____ ($674.34)

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    None

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Moses** | **Jackson** | **Shepherd** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Michigan**

Case number **24-41366**
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ Moses Jackson Shepherd
Moses Jackson Shepherd, Debtor 1

Date 02/28/2024
MM/ DD/ YYYY

| Debtor 1 | **Moses** | **Jackson** | **Shepherd** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Michigan**

Case number (if known)  **24-41366**

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number Street | From _____ To _____ | _____ Number Street | From _____ To _____ |
| _____ City State ZIP Code | | _____ City State ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number Street | From _____ To _____ | _____ Number Street | From _____ To _____ |
| _____ City State ZIP Code | | _____ City State ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $8,333.82 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>                     YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | 90000 estimated* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 )<br>                     YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $5,084,232.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

*Amount is estimated. Debtor does not receive a regular income. Funds withdrawn by the Debtor through the course of the year are generally booked as distributions, and are reported on one or more K1s received by Debtor at year end. Debtor's CPA has not started reconciling the business books and records for 2023 yet and the only financials, including distribution information at present, is through the first half of 2023.

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>                     YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 )<br>                     YYYY | | | | |

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 44 of 56

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Workers/Laborers<br>Creditor's Name | | $0.00 | | ☐ Mortgage |
| | | | | ☐ Car |
| Number Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| City State ZIP Code | | | | ☐ Suppliers or vendors |
| | | | | ☑ Other — Debtor was regularly required to pay laborers through online accounts for work performed for businesses, following which, he would be reimbursed by the entity that received the benefit of the work. This occurred throughout 2022 and 2023 and is seen in Debtor's Apple Pay and Paypal transactions that appear in his Huntington account statements. |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Shepherd, Spouse <br> Insider's Name <br><br> 7127 Yarmouth <br> Number  Street <br><br> West Bloomfield, MI 48322 <br> City  State  ZIP Code | | $0.00 | Unk. | Debtor is presently separated from Spouse. Although there is no written agreement for support, Debtor had previously been making $5000/month support payments to his spouse, plus paying additional expenses for his daughters in the sum of ~$1,000 per month through his Greenlight Debit card. More recently, Debtor has been unable to afford the $5,000 per month payments and has asked his spouse to accept $1,000 per month payments which Debtor has still found difficult to make. |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|
| Insider's Name <br><br> Number  Street <br><br> City  State  ZIP Code | | | | |

---

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Federal National Mortgage Association vs. Moses Shepherd | Breach of contract/collection | Wayne County Circuit<br>Court Name<br>2 Woodward Ave.<br>Number    Street<br>Detroit, MI 48226<br>City                    State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 23-009160-CB | | | |
| Case title | Federal National Mortgage Association vs. Moses Shepherd | Breach of contract/collection | Wayne County Circuit<br>Court Name<br>2 Woodward Ave.<br>Number    Street<br>Detroit, MI 48226<br>City                    State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 23-009162-CB | | | |
| Case title | Federal National Mortgage Association vs. Moses Shepherd | Breach of contract/collection | Wayne County Circuit<br>Court Name<br>2 Woodward Ave.<br>Number    Street<br>Detroit, MI 48226<br>City                    State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 23-009237-CB | | | |
| Case title | The Huntington National Bank, NA v Moses Shepherd | Breach of contract | Wayne County Circuit<br>Court Name<br>2 Woodward Ave.<br>Number    Street<br>Detroit, MI 48226<br>City                    State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 23-015127-CB | | | |
| Case title | Federal National Mortgage Association v Moses Shepherd | Breach of Contract/collection | Wayne County Circuit Court<br>Court Name<br>2 Woodward Ave.<br>Number    Street<br>Detroit, MI 48226<br>City                    State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | 23-007374-CB | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name<br><br>Number    Street<br><br><br>City            State    ZIP Code | | | |
| | **Explain what happened** | | |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City            State    ZIP Code | | | |

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Steinberg Shapiro & Clark | Attorney's Fee; Attorney's fee; Attorney's fee | | |
| Person Who Was Paid | | 06/21/2023 | $7,500.00 |
| 25925 Telegraph Road Ste 203 | | 02/01/2024 | $10,000.00 |
| Number    Street | | 02/13/2024 | $3,500.00 |
| | | | |
| Southfield, MI 48033 | | | |
| City            State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| Debtor/Chris Jordan | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Dollar Learning Foundation | Credit Counseling | | |
| Person Who Was Paid | | 11/28/2023 | $24.00 |
| | | | |
| Number    Street | | | |
| | | | |
| | | | |
| City        State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| Debtor | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |
| Person Who Was Paid | | | |
| | | | |
| Number    Street | | | |
| | | | |
| | | | |
| City        State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Ace Investment Group 2, LLC | Deed was executed at time of purchase (9/19/22) but not recorded until 11/10/23. Property was subsequently quit claimed back to Debtor on December 29, 2023 | No consideration for transfer to Ace Investment Group 2, LLC and no consideration for transfer back to Debtor. | |
| Person Who Received Transfer | | | 11/10/23 |
| 3320 Spinnaker Lane 8B | | | |
| Number    Street | | | |
| Detroit, MI 48207 | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you | | | |
| Related entity | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| Description and value of the property transferred | Date transfer was made |
|---|---|
| | |

Name of trust _____

_____

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| **Number** **Street** | | ☐ Savings | | |
| | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| **City** **State** **ZIP Code** | | ☐ Other _____ | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No ☐ Yes |
| **Number** **Street** | **Number** **Street** | | |
| **City** **State** **ZIP Code** | **City** **State** **ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number     Street | Number     Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number     Street | | |
| Number     Street | City          State     ZIP Code | | |
| City          State     ZIP Code | | | |

---

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 52 of 56

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number    Street | | ☐ On appeal |
| Case number | City        State    ZIP Code | | ☐ Concluded |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| See Attached | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | | |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| **City              State    ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Name** | MM / DD / YYYY |
| **Number    Street** | |
| **City              State    ZIP Code** | |

24-41366-lsg    Doc 13    Filed 02/28/24    Entered 02/28/24 14:51:54    Page 54 of 56

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Moses Jackson Shepherd

Signature of Moses Jackson Shepherd, Debtor 1

Date 02/28/2024

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No

☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Statement of Financial Affairs - Question No. 27**

| Business Name | Address | City | State | Zip | Nature of Business | Accountant |
|---|---|---|---|---|---|---|
| | | | | | | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| ACE Investment Group 2 | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Shepherd Financial Group | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| 757 Covington LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Ace Investment Group | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Ace Petroleum Group | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Ace Petroleum, Inc | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Ace Restoration Services | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| AMS Restoration | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Apex Distribution | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Braile St Holdings Inc | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Braile St Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Burt Rd Holdings Inc | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Burt Rd Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Chi Five Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Chi Four Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Chi One Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Chi Three Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Chi Two Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Chicago Three Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Greenfield Rd Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Jackson Ace LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| MJS Financial Group 2 LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| SRG South LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| SRG Premier LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| SRG North LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| MJS Financial Group KKC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Mound Rd Holdings Inc | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Mound Rd Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Parkview Estates LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| REO Management Group LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Schoolcraft Rd Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Shepherd Investments LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Shepherd Realty Group LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Southfield East Holdings Inc | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Southfield East Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Southfield West Holdings Inc | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| Southfield West Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| West Chicago Holdings Inc | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |
| West Chicago Holdings LLC | 6689 Orchard Lake Road, Ste. 110 | West Bloomfield | MI | 48322-3404 | Real Estate Management | Bultynck & Co., PLLC, 15985 Canal Road, Clinton Twp., MI 48038 |