### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:                                          Case No. 24-41366-lsg

Moses Jackson Shepherd                          Chapter 7

                    Debtor.        Hon. Lisa S. Gretchko

_____/

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)

Huntington National Bank, by and through its attorneys, Trott Law, P.C., states as follows:

1.  Creditor is a holder of a Personal Loan Agreement – Fixed Rate for the purchase of a 2019 Rolls Royce Dawn Vehicle #SCA666D52KU118121, (see attached Exhibit 6).

2.  The Debtor(s) filed Chapter 7 Bankruptcy on February 14, 2024.

3.  Pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of such party in interest.

4.  Pursuant to the Personal Loan Agreement – Fixed Rate, the Debtor(s) are required to remit monthly payments to Creditor currently in the amount of $4,425.27.

5.  Trott Law, P.C. has been informed by Creditor that, the Debtor(s) has failed to remit the required payments.

6.  Creditor is not adequately protected as the direct payments are not being remitted and the loan is currently two (2) months in default, due and owing for February 25, 2024. At the time of the default, the payment amount was $4,425.27. Payment amounts may have changed since that time.

7.  The approximate market value of the Vehicle is $321,900.00, according to NADA Value.

8.  The value of the collateral is depreciating rapidly.

9.  As of April 15, 2024, the total debt owing to Creditor was approximately $178,014.15, which includes Creditor's attorney fees and costs of $1,149.00 for filing this motion.

10. No other party has an interest in the subject property to the knowledge and belief of Creditor.

**Trott Law, P.C.**
31440 Northwestern Hwy
Ste. 145
Farmington Hills, MI 48334-5422
Phone 248.642.2515
Facsimile 248.642.3628

11. Creditor requests termination of the automatic stay of 11 U.S.C. § 362(a) to allow Creditor (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and/or obtain possession of the property.

12. Pursuant to Local Bankruptcy Rule 9014-1(b)(1), attached is a copy of the proposed ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3) labeled as Exhibit "1".

13. In the event a hearing on this motion is held and after said hearing the Court orders submission of an order in substantial compliance with Exhibit 1, presentment of said order shall be waived.

14. Concurrence from debtor's attorney and from Chapter 7 trustee was sought by Movant's attorney's office on April 17, 2024, and concurrence was not able to be obtained from all parties.

WHEREFORE, Creditor respectfully requests that the Court enter an ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3) for good cause shown pursuant to 11 U.S.C. §362(d)(1) and/or (d)(2), and that the Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3), and whatever other relief the Court deems just and equitable.

Respectfully Submitted,
Trott Law, P.C.

Dated: April 19, 2024

*/s/ Heather Burnard*
_____
Heather Burnard  (P66321)
~~Marcy J. Ford  (P49158)~~
~~Robert J. Shefferly  (P67477)~~
Attorney for The Huntington National Bank
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Trott #517350B01

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:                                              Case No. 24-41366-lsg
Moses Jackson Shepherd                              Chapter 7
                         Debtor.                    Hon. Lisa S. Gretchko
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

This matter came before the Court upon the Motion for Relief from the Automatic Stay and Waiving the Provision of FRBP 4001(a)(3) ("Motion"; ECF No. ____) filed by The Huntington National Bank ("Creditor"), with respect to a 2019 Rolls Royce Dawn Vehicle #SCA666D52KU118121, ("the Vehicle"). The Court being in receipt of the Motion, and the Court being sufficiently advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Automatic Stay, is terminated as to Creditor with respect to the Vehicle to allow Creditor to commence or continue its federal and/or state law rights with respect to the Vehicle. Any surplus on the sale of the Vehicle shall be distributed pursuant to applicable law and procedures and any deficiency on the sale of the Vehicle shall be treated as an unsecured debt. This Order is effective immediately upon entry by this Court notwithstanding the provision of F.R.Bankr.P. 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the United States Bankruptcy Code.