# EXHIBIT 2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Detroit)

| | |
|---|---|
| In re: | Case No. 24-41366-lsg |
| Moses Jackson Shepherd | Chapter 7 |
|            Debtor | Hon. Lisa S. Gretchko |
| 6689 Orchard Lake Road Ste 110 | |
| West Bloomfield, MI 48322 | |
| _____/ | |

### NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

The Huntington National Bank has filed papers with the court to seek relief from the automatic stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen (14) days from date of service as included on the certificate of service, you or your attorney must:

1. File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, 211 W Fort St, Detroit, MI 48226.[1] If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Heather Burnard (P66321), 31440 Northwestern Hwy Ste. 145, Farmington Hills, MI 48334-5422, 248.642.2515

Homer W. McClarty, 19785 W 12 Mile Rd # 331, Southfield, MI 48076

2. If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

Respectfully Submitted,
Trott Law, P.C.

*/s/ Heather Burnard*
Heather Burnard (P66321)
~~Marcy J. Ford (P49158)~~
~~Robert J. Shefferly (P67477)~~
Attorney for The Huntington National Bank
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628