**EXHIBIT 4**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Detroit)

| | |
|---|---|
| In re: | Case No. 24-41366-lsg |
| Moses Jackson Shepherd | Chapter 7 |
| Debtor. | Hon. Lisa S. Gretchko |
| _____/ | |

## CERTIFICATE OF SERVICE

The undersigned states that on April 24, 2024 copies of The Huntington National Bank's MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) and Notice of Motion and Opportunity for Hearing were served electronically to:

Mark H. Shapiro                    Homer W. McClarty

On the same date the following parties were served by deposit in the U.S. Mail:

Moses Jackson Shepherd
6689 Orchard Lake Rd Ste 110
West Bloomfield, MI 48322

/s/Jacqueline Lewis
Legal Assistant
Trott Law, P.C.
Attorney for The Huntington National Bank
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628