# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Moses Jackson Shepherd,

       Debtor.

Case No. 24-41366-lsg
Chapter 7
Hon. Lisa S. Gretchko

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Douglas C. Bernstein and the firm of Plunkett Cooney, 38505 Woodward Avenue, Suite 100, Bloomfield Hills, Michigan 48304, represent Friedman Management Company d/b/a Friedman Real Estate Management, the Court-appointed receiver for real property owned by Shepherd Investments LLC located at 1913, 1914, 1981, 2003, 2025 West McNichols Road, Highland Park, Michigan. The undersigned attorney and law firm hereby enter their Appearance pursuant to Section 1109(b) of the Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a)(b)(f) and 3017(a). All such notices should be addressed as follows:

Douglas C. Bernstein, Esq.
Plunkett Cooney
38505 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304
dbernstein@plunkettcooney.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the Notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise filed with regard to the above cases and the proceedings therein.

PLUNKETT COONEY

By: /s/DOUGLAS C. BERNSTEIN
Douglas C. Bernstein
Attorneys for Friedman Management
Company d/b/a Friedman Real Estate
Management
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4091
dbernstein@plunkettcooney.com
P33833

Dated: April 24, 2024

Open.30144.41162.33526698-1